■ JAMES LUPPINO, as Successor Administrator of the Estate of MARIA V. LUPPINO, Deceased, Respondent, v WILLIAM E. O'BRIEN, M.D., et al., Defendants, and CATHOLIC HEALTH SYSTEM, Doing Business as KENMORE MERCY HOSPITAL, Appellant. (Appeal No. 2.) [872 NYS2d 327]—Appeal from an order of the Supreme Court, Erie County (Joseph D. Mintz, J.), entered March 27, 2008. The order denied the motion of defendant Catholic Health System, doing business as Kenmore Mercy Hospital, for, inter alia, leave to renew.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Luppino v O'Brien* (59 AD3d 991 [2009]). Present—Scudder, P.J., Hurlbutt, Peradotto and Gorski, JJ.